UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRETT JONES, | Case No. 3:14-cv-00364-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NEVADA, STATE OF, et al., | |
| Respondents. | |

On July 15, 2014, this Court transferred this *pro se* habeas matter under 28 U.S.C. § 2254 to the Ninth Circuit Court of Appeals as a successive petition and closed this case. (Dkt. no. 5.)

On March 9, 2016, petitioner filed two motions in this case with this Court (dkt. nos. 9, 10). However, this case is closed, and this Court has no jurisdiction to consider any motions. Any recourse that petitioner may have would be with the appeals court.

It is therefore ordered that petitioner's motion for Rule 60(b) relief (dkt. no. 9) and motion for appointment of counsel (dkt. no. 10) are both denied.

DATED THIS 6th day of April 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE